# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

131598
& (37)
(38)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE HOWARD J. STODDARD
TRUST

SC: 131598
COA: 270508
Ingham Probate: 04-001534-TI

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

_____
Clerk

l0718